IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PHILIP W. MCCLURE,

    Plaintiff,

v.

COLETTE PETERS, et al.,

    Defendants.

Case No. 3:19-cv-00624-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 16), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 16) is adopted in full. The case is dismissed with prejudice.

IT IS SO ORDERED.

1 – ORDER

DATED this 30th day of April, 2020.

                                             __s/Michael J. McShane_____
                                                     Michael McShane
                                             United States District Judge

2 – ORDER